RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Defendant, Progressive Casualty Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD SHAPIRO,<br><br>                                Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; and DOES I through X, inclusive,<br><br>                                Defendants. | CASE NO.   2:25-cv-00263-APG-MDC |

### STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES) CLAIMS, WITH PREJUDICE, AND REMAND TO NEVADA STATE COURT

IT IS HEREBY STIPULATED by and between HAROLD SHAPIRO, by and through his counsel of record, JOSHUA ALDABBAGH, ESQ., of the LAW FIRM OF BOLEY & ALDABBAGH, and Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY, by and through its counsel RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiffs' claims for extra-contractual (bad faith), punitive damages (including but not limited to Plaintiff's Second and Third Claims for Relief, as well as alleged breach of good faith and fair dealing, and alleged unreasonable and wrongful conduct), and any other claims involving claims beyond any alleged breach of contract, and/or between PROGRESSIVE DIRECT INSURANCE COMPANY, and HAROLD SHAPIRO are hereby dismissed, with prejudice.

In addition, the parties hereto also agree that the total potential value of all of HAROLD SHAPIRO's remaining claims does not exceed $75,000 and so this matter is appropriate to be

remanded, by agreement, for resolution of the alleged breach of contract claim to Nevada State Court.

Further it is agreed by the parties that Plaintiffs shall amend their complaint (or file a second amended complaint to the amended complaint in Nevada State Court) to correct the identity of the Defendant to UNITED FINANCIAL CASUALTY COMPANY.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation incurred in this litigation thus far.

DATED this __26th__ day of February, 2025.

**BOLEY u ALDABBAGH, LTD.**

By____/s/ Joshua AlDabbag_____
JOSHUA U. ALDABBAGH, ESQ.
Nevada Bar No. 11896
4570 W. Eastern Avenue, Suite 28
Las Vegas, Nevada 89119
Telephone: 702-435-3333
Facsimile:  702-457-6567
*Attorneys for Plaintiff,*
*Harold Shapiro*

DATED this __26th__ day of February, 2025.

**DENNETT WINSPEAR, LLP**

By____*/s/ Ryan L. Dennett*_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone: 702-839-1100
Facsimile:  702-839-1113
*Attorneys for Defendant, Progressive*
*Casualty Insurance Company*

**ORDER**

UPON STIPULATION OF COUNSEL,

IT IS SO ORDERED:

Dated:__February 27, 2025_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE